[No. 67371-8-I.   Division One.   March 11, 2013.]

AFRIQUE V. NERO, *Individually and as Guardian, Appellant,* v. VIRGINIA MASON MEDICAL CENTER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 09-2-21804-8, Carol A. Schapira, J., entered June 13, 2011. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Verellen, JJ.

[No. 67394-7-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. VICTOR MANUEL GOMEZ-RAMIREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 09-1-07489-1, Kimberley Prochnau, J., entered June 24, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Becker, JJ.

[No. 67424-2-I.   Division One.   March 11, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. MANUEL VILLAREAL-CRUZ, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10-1-01570-4, Charles R. Snyder, J., entered July 12, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Verellen, JJ.

[No. 67502-8-I.   Division One.   March 11, 2013.]

JACOB L. BEGIS, *Respondent,* v. KING CUSTOM FRAMING, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-03331-7, Ronald L. Castleberry, J., entered July 1, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Dwyer, JJ.